```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
           :
KIRAH BIDWELL,         :
           :
          Plaintiff,  :
           :    20-CV-5908 (VSB)
     -against-  :
           :    **ORDER**
EDUCATORS CREDIT UNION, et al.,  :
           :
          Defendant.  :
           :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      It has been reported to the Court that Plaintiff Kirah Bidwell and Stark Collection Agency, Inc. have reached a settlement.  Accordingly, it is hereby:

      ORDERED that the above-captioned action against Defendant Stark Collection Agency, Inc. is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  December 4, 2020
       New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge