```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
KIRAH BIDWELL,                                               :
:
                      Plaintiff,            :
:       20-CV-5908 (VSB)
    -against-                                             :
:       **ORDER**
EDUCATORS CREDIT UNION, et al.,                              :
:
                      Defendant.            :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      It has been reported to the Court that Plaintiff Kirah Bidwell and Defendant Equifax Information Services, LLC have reached a settlement.  Accordingly, it is hereby:

      ORDERED that the above-captioned action against Defendant Equifax Information Services, LLC is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: December 4, 2020
       New York, New York

                                              _Vernon Broderick_
                                              Vernon S. Broderick
                                              United States District Judge