UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
                                                      :
KIRAH BIDWELL,                                        :
                                                      :
                           Plaintiff,                 :
                                                      :
             -against-                                :
                                                      :
EDUCATORS CREDIT UNION, et al.,                       :
                                                      :
                           Defendant.                 :
                                                      :
------------------------------------------------------X

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:                           │
│ DATE FILED: _____ 12/4/2020    │
└─────────────────────────────────┘
```

20-CV-5908 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      In accordance with my November 21, 2020 Order and Notice of Initial Conference, (Doc. 17), Plaintiff Kirah Bidwell and Defendant Experian Information Solutions, Inc. submitted a joint letter on December 3, 2020.  (Doc. 23.)  However, the parties did not submit a proposed case management plan and scheduling order.  Accordingly, it is hereby:

      ORDERED that the parties jointly submit to the Court a proposed case management plan and scheduling order by December 11, 2020.

SO ORDERED.

Dated:  December 4, 2020
       New York, New York

Vernon S. Broderick
United States District Judge